**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

3:26 pm, 5/20/24

**Margaret Botkins**
**Clerk of Court**

JETT GARRIOTT ADAMS,

      Petitioner,

      VS.

WYOMING DEPARTMENT OF
CORRECTIONS,

WYOMING ATTORNEY GENERAL,


      Respondents,

Case No.  23-CV-00197-SWS

---

### FINAL JUDGMENT

This action came before the Court on Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, Honorable Scott W. Skavdahl, District Judge, presiding. The Court entered an Order granting Respondents' motion for summary judgment and denying Mr. Adams' petition and dismissing it with prejudice.  Accordingly, it is therefore **ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED** in accordance with the Court's order.

Dated this 20<u>th</u> day of May, 2024.


Scott W. Skavdahl
United States District Judge